Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MOUNT VERNON FIRE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>FOURGENTS INVESTMENT GROUP LLC, d/b/a LA FAMILIA SPORTS PUB AND LOUNGE (LA FAMILIA), JOHN HART, FRANK GITTENS, BRIAN BARRON, STACY FRAZIER, JOHN DOES 1-10,<br><br>  Defendants. | NO. 2:25-cv-00271-BJR<br><br>ORDER GRANTING PLAINTIFF MOUNT VERNON FIRE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT |

THIS MATTER comes before the Court on Plaintiff Mount Vernon Fire Insurance Company's Motion For Summary Judgment, the following documents have been reviewed by the court:

1. Plaintiff's Motion For Summary Judgment;

2. Declaration Of Jeffrey D. Laveson in Support of Plaintiff's Motion For Summary Judgment;

3. Defendants' Response to Plaintiff's Motion for Summary Judgment; and

4. The Parties' Notice of Contingent Settlement.

ORDER GRANTING PLAINTIFF MOUNT VERNON FIRE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT – 1
(2:25-cv-00271-BJR)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

USL003-0059 Order Granting Plaintiffs Motion for Summary Judgment

NOW, THEREFORE, **IT IS HEREBY ORDERED**:

1. Plaintiff Mount Vernon Fire Insurance Company's Motion For Summary Judgment is **GRANTED**.

2. Defendants' Counterclaims are **DISMISSED**, with prejudice, and without attorneys fees or costs to either Party.

3. Plaintiff Mount Vernon Fire Insurance Company has no further defense obligation and no indemnity obligation under Policy Number CP 2645918, issued to Four Gents Investment Group LLC d/b/a La Familia Sports Pub & Lounge, for claims arising from the September 26, 2021 shooting incident in Des Moines, Washington.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and close the file.

**DATED** this 8th day of July, 2025.

_____
Judge Barbara J. Rothstein

Presented By:

CARNEY BADLEY SPELLMAN, P.S.

By *s/ Jeffrey D. Laveson*
   Jeffrey D. Laveson, WSBA No. 16351
   Linda B. Clapham, WSBA No. 16735
*Attorneys for Plaintiff Mount Vernon Insurance Company*

ORDER GRANTING PLAINTIFF MOUNT VERNON FIRE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT – 2
(2:25-cv-00271-BJR)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

USL003-0059 Order Granting Plaintiffs Motion for Summary Judgment

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2025, I electronically filed the foregoing *[Proposed] Order Granting Plaintiff Mount Vernon Fire Insurance Company's Motion For Summary Judgment* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

***Attorneys for Defendants***
Franklin D. Cordell, WSBA #26392
GORDON TILDEN THOMAS & CORDELL LLP
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
fcordell@gordontilden.com


Liam F. McKeegan, WSBA #61206
GORDON TILDEN THOMAS & CORDELL LLP
421 W. Riverside Avenue, Suite 614
Spokane, WA 99201
509.598.4983
lmckeegan@gordontilden.com

DATED this 13th day of July, 2025.

                *s/ Allie Keihn*
                Allie Keihn, Legal Assistant

ORDER GRANTING PLAINTIFF MOUNT VERNON FIRE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT – 3
(2:25-cv-00271-BJR)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

USL003-0059 Order Granting Plaintiffs Motion for Summary Judgment